■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED Moss, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed January 6, 1972. Sentence affirmed. The colloquy during the sentence indicates that the court was aware that defendant had pleaded guilty to a class C felony indictment. Gulotta, P. J., Hopkins, Martuscello, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE WILLIAMS, Appellant, v. WALTER FLOOD, as Warden of the Nassau County Jail, Respondent.— Appeal from a judgment of the Supreme Court, Nassau County, entered August 9, 1973, dismissed as moot, without costs. (People ex rel. Gatti v. Amico, 30 N Y 2d 955.) Latham, Acting P. J., Shapiro, Cohalan, Christ and Munder, JJ., concur.